**Order entered September 27, 2016.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01083-CV

### IN RE ISSA MOHAMMED BANNA, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-16-24054**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus for discovery.

/s/ DAVID BRIDGES
    JUSTICE